UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Margaret Jones, et al.
                                Plaintiff,

v.                                                      Case No.: 1:05−cv−05206
                                                        Honorable Robert M. Dow Jr.

Marriot Hotel Services, Inc., et al.
                                Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 25, 2009:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 6/25/2009. By agreement of the parties, the above−entitled case is hereby dismissed with prejudice.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.